```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**MARK VICKNAIR AND**                                **CIVIL ACTION**
**DARICK CATALANOTTO**

**VERSUS**                                           **08-1043**

**GILBERT KOGO, JOSEPH SAINAH**                      **SECTION "B"(1)**
**AND TRINITY UNIVERSAL INSURANCE**
**COMPANY**

<u>ORDER</u>

Before the Court is Plaintiffs' Motion to Remand. (Rec. Doc. No. 5). The Court has been informed that Defendant does not oppose Plaintiffs' Motion. Further, it appears to the Court that the motion has merit. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**.

New Orleans, Louisiana, this 25th day of June, 2008.

```
                                    IVAN L.R. LEMELLE
                                    UNITED STATES DISTRICT JUDGE
```